UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD LONGALE, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 14-cv-14217-IT |
| JOHN GRONDOLSKY, et al., | * |
| Defendants. | * |

ORDER

August 22, 2018

TALWANI, D.J.

After considering the Magistrate Judge's July 19, 2018, Report and Recommendation [#96], and noting that there has been no objection, the court hereby ACCEPTS and ADOPTS the Report and Recommendation [#96] for the reasons set forth therein. Defendants Robert McKittrick and Sandra Howard's Motion to Dismiss [#89] is ALLOWED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge